# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN SCHNITZER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WYNN RESORTS, LTD. and WYNN LAS VEGAS, LLC, <br><br> Defendants. | Case No. 2:17-cv-02868-RFB-GWF <br> Related Cases: 2:17-cv-02841-APG-VCF <br>                 2:17-cv-02848-APG-CWH <br>                 2:17-cv-02930-APG-CWH <br><br> **ORDER TRANSFERRING CASE** |

The plaintiffs filed a Notice of Related Cases pursuant to Local Rule 42-1(a). ECF No. 4. They request assignment of related cases to a single judge. *Id.* Based on the similarity of issues between the instant case and the cases before Judge Gordon, good cause appears to reassign this case to Judge Gordon.

**IT IS HEREBY ORDERED** that this case be REASSIGNED to Judge Gordon.

Dated: December 6, 2017

_____  
RICHARD F. BOULWARE  
UNITED STATES DISTRICT JUDGE

_____  
ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE