Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Robert A. Ryan, Esq., Bar No. 12084
RR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SCHNITZER, an individual; KERRI SHAPIRO, an individual; MARIANNE DENIS, an individual; and GABRIEL LEVIN, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN RESORTS, LTD., a Nevada corporation; and WYNN LAS VEGAS, LLC, a Nevada limited liability company d/b/a Wynn Las Vegas and Encore at Wynn Las Vegas,<br><br>Defendants. | CASE NO.: 2:17-cv-02868-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND AND/OR SET DEADLINES FOR DEFENDANTS TO FILE THEIR RESPONSE TO MOTION TO CONSOLIDATE [ECF NO. 6] AND ALSO TO RESPOND TO THE COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend and/or set the deadlines for the response to Plaintiffs' Motion to Consolidate (ECF No. 6), filed on December 1, 2017, and to set the deadline to file responses to the Complaint (ECF No. 1), filed on November 15, 2017, as follows:

1. The deadline for Defendants to file their responses to the Motion to Consolidate, if any, shall be February 14, 2018.

2. The deadline for Defendants to file their responses to the Complaint shall be February 14, 2018.

1

This stipulation for additional time is made in connection with Defendants' counsel's agreement to accept service on behalf of Defendants and is warranted to allow Defendants additional time to gather facts and prepare responses to the allegations in the Complaint, whether by answer or motion practice.

DATED this 9th day of January, 2018

| **PISANELLI BICE PLLC** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
|---|---|
| By: /s/ Todd L. Bice <br> Todd L. Bice, Esq., Bar No. 4534 <br> Robert A. Ryan, Esq., Bar No. 12084 <br> PISANELLI BICE PLLC <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* | By: /s/ Don Springmeyer <br> Don Springmeyer, Esq., Bar No. 1021 <br> Bradley Schrager, Esq., Bar No. 10217 <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, NV 89120-2234 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/10/2018

2