AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Steven Schnitzer, et al.

          JUDGMENT IN A CIVIL CASE

    Plaintiffs,

v.

          Case Number: 2:17-cv-02868-APG-GWF

Wynn Resorts, Ltd., et al.

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendants and against the Plaintiffs.

6/12/18                                                             DEBRA K. KEMPI
Date                                                                 Clerk

                                                                             /s/ A. Reyes
                                                                             Deputy Clerk